UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL A. CURRAN,<br><br>             Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | Case No. 1:20-cv-492-CRC<br><br>Hon. Christopher R. Cooper |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the mailing address for counsel of record for defendant, Wells Fargo Bank, N.A., in the above captioned matter is changed to:

WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036

| | |
|---|---|
| This the 25th day of March, 2020. | Respectfully submitted,<br><br>/s/ Lawrence E. Slusky<br>Lawrence E. Slusky<br>DC Bar #888314329<br>Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br>lslusky@winston.com<br><br>Angela A. Smedley (*pro hac vice*)<br>Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY 10166<br>(212) 294-6700<br>asmedley@winston.com<br><br>*Counsel for Wells Fargo Bank, N.A.* |

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2020, the foregoing Notice of Change of Address was served on Plaintiff's counsel via U.S. mail at the below address.

>Causton A. Toney, Esq.
>606 Powhatan Pl., NW
>Washington, DC 20011

Dated:   March 25, 2020                                /s/ Lawrence E. Slusky
                                                                      Lawrence E. Slusky

*Counsel for Wells Fargo Bank, N.A.*